JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELD MOTOR SPORTS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>FLYING DISC PRODUCTIONS, LLC, a Nevada limited liability company,<br><br>    Defendant. | Case No. CV13-00959 JST (MLGx)<br><br>**FINAL JUDGMENT ON CONSENT** |

The parties hereto, Feld Motor Sports, Inc. (hereinafter collectively "FMS" or "Plaintiff") and Flying Disc Productions, LLC ("Flying Disc" or "Defendant"), have settled the above-captioned action and having agreed to this Final Judgment on Consent:

NOW, THEREFORE, upon the consent of the parties hereto, it is:

ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter of this action and over Defendant Flying Disc and venue in this district is proper as against Defendant.

2. Upon execution of this Final Judgment on Consent and subject to the terms of the Settlement Agreement between the parties, Flying Disc and its subsidiaries, divisions, licensees, assigns, and each of their directors, officers, agents,

1  servants, employees, representatives and attorneys, and upon those persons in active
2  concert or participate with them who receive actual notice of this Final Judgment On
3  Consent, are hereby permanently restrained and enjoined from engaging in any
4  advertising, promotional, marketing activities and/or rendering of any services using
5  the term Monster Jam Fest or any other term confusingly similar to or that is likely to
6  cause dilution of FMS' MONSTER JAM Marks.

       3.    This Court shall retain jurisdiction over the enforcement of this Final Judgment on Consent.

       4.    The parties waive all right to appeal from this Final Judgment on Consent.

       5.    Each party shall bear its own costs and attorney fees in connection with this Action and the Final Judgment on Consent except as may otherwise be provided in the Settlement Agreement between the parties.

IT IS SO ORDERED:

Dated: 4/23/2013  _____

                                   United States District Judge